UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VINCENT PETER GRASSO,<br><br>          Petitioner,<br><br>  vs.<br><br>MARIA BAZAN and ED HILL,<br><br>          Respondents. | NO.  CV-07-028-AAM<br><br>ORDER GRANTING MOTION TO<br>VOLUNTARILY DISMISS ACTION |

    BEFORE THE COURT is petitioner's letter regarding his Request to Withdraw Writ of Habeas Corpus Under Cause #CV-07-AAM Without Prejudice," which the court liberally construes as a Motion to Voluntarily Dismiss under Fed. R. Civ. P. 41(a).  Petitioner is proceeding pro se and in forma pauperis; respondents have not been served.  Accordingly, **IT IS ORDERED** Mr. Grasso's Motion (Ct. Rec. 12) is **GRANTED** and the petition is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to petitioner, and close the file.

    **DATED** this____17th_____day of April 2007.


                    s/ Alan A. McDonald_____
                       ALAN A. McDONALD
               SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS ACTION -- 1