AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Grasso

v.

Bazan, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 07-CV-28-AAM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Petitioner's Motion (Ct. Rec. 12) is GRANTED and the petition is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| 04/17/07 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |